IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION


UNITED STATES OF AMERICA,

                        Plaintiff,                  Case No. 3:03 CR 739

        -vs-

                                           O  R  D  E  R

JAMES L. WHEELER,

                        Defendant.

KATZ, J.

On July 26, 2010 this Court issued a Memorandum Opinion denying Defendant's motion to vacate sentence pursuant to § 2255 and on July 27, 2010 a Judgment Entry issued.

For the reasons set forth in the Memorandum Opinion the Court certifies, pursuant to 28 USC 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis on which to issue a certificate of appealability.  28 USC 2253; Fed.R.App.P. 22(b). Certificate of appealability is denied.

IT IS SO ORDERED.

                                      _s/ *David A. Katz*_
                                      DAVID A. KATZ
                                      U. S. DISTRICT JUDGE