10-3929

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

August 26, 2011

William K. Suter
Clerk of the Court
(202) 479-3011

FILED

AUG 3 0 2011

LEONARD GREEN, Clerk

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

    Re:  James L. Wheeler
          v. United States
          No. 11-6056
          (Your No. 10-3929)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on August 22, 2011 and placed on the docket August 26, 2011 as No. 11-6056.

                Sincerely,

                **William K. Suter**, Clerk

                by

                Erik Fossum
                Case Analyst