UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO-WESTERN DIVISION

JAMES L. " FRANK" WHEELER, )  No. 3:03 CR 739
)
) Judge: David A. Katz
)
Vs. )
)
United States of America, )
)
)

## NOTICE OF APPEAL

SIRS:

PLEASE TAKE NOTICE that the undersigned James L. Wheeler, hereby Appeals to the United States Court of Appeals for the Sixth Circuit, from the Memoranum Opinion/Order Dated the 16th day of October, 2014, that Denied a Motion to Reduce a Sentence, 18 U.S.C. § 3582, And from each and every part thereof.

Yours, etc.,

*James L. Wheeler* (signature)

James L. Wheeler
Pro-Se
01227-017
P.O. Box 33
Terre Haute, FCI
Terre Haute, IN 47808
10-23-2014

TO: United States Attorney
Northern District of Ohio @ Toledo

## CERTIFICATE OF SERVICE

I, __James L. Wheeler__, certify that on the 23 Day of __October__, 20__14__, I mailed a true and exact copy of the annexed __Notice of Appeal__

to the __United States Attorney at Toledo, Ohio__

Via First Class United States Mail, postage prepaid, by placing same with Prison Officials at Terre Haute FCI for mailing on said date. Signed under the penlaty of perjury this 23 day of October, 2014.

*James L Wheeler*
James L. Wheeler
Pro Se