⇔01227-017⇔
James Wheeler
PO BOX 0033
F.C.I. Terre Haute
Terre Haute, IN 47808
United States

Legal Mail



INMATE
IDENTIFICATION
CONFIRMED

⇔01227-017⇔
U S District Court
Office of the Clerk
1716 Spielbusch AVE
114 US Courthouse
Toledo, OH 43604
United States



UNITED STATES
POSTAL SERVICE ®

**USPS TRACKING #**

9114 9023 0722 4028 5308 40

Label 400  Jan. 2013
7690-16-000-7948