**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.  3:03CR-739-1 |
| | : | |
| Plaintiff, | : | JUDGE JAMES G. CARR |
| | : | |
| -vs- | : | **NOTICE OF ATTORNEY APPEARANCE** |
| | : | |
| JAMES L. WHEELER, | : | |
| | : | |
| Defendant. | : | |

    Undersigned counsel, Jeffrey Lazarus, enters a Notice of Appearance of Counsel on behalf of the Defendant, James Wheeler, in the above-captioned case.  Please add Jeffrey Lazarus to the docket as counsel for Mr. Wheeler.

    Respectfully submitted,

    STEPHEN C. NEWMAN
    Federal Public Defender
    Ohio Bar: 0051928


    *s/ Jeffrey B. Lazarus*
    Jeffrey B. Lazarus (0079525)
    Assistant Federal Public Defender
    Office of the Public Defender
    1660 W. 2nd Street, Suite 750
    Cleveland, OH 44113
    PH: 216.522.4856
    FAX: 216-522-4321
    Email: jeffrey_lazarus@fd.org