# Bureau of Prisons
# Health Services
# Medication Summary
### Current as of 11/20/2019 10:17

| | | |
|---|---|---|
| **Complex:** THX--TERRE HAUTE FCC | **Begin Date:** N/A | **End Date:** N/A |
| **Inmate:** WHEELER, JAMES LEE | **Reg #:** 01227-017 | **Quarter:** G02-016L |

Medications listed reflect prescribed medications from the begin date to end date on this report.

**Allergies:** Denied

## Active Prescriptions

Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT
inhale 2 puffs by mouth four times daily AS NEEDED
   Rx#: 478491-THX    Doctor: Trueblood, Elizabeth MD
   Start: 04/26/19    Exp: 04/25/20        Pharmacy Dispensings: 59.5 GM in 208 days

Allopurinol 300 MG Tab
Take one tablet by mouth each day - for gout
   Rx#: 478492-THX    Doctor: Trueblood, Elizabeth MD
   Start: 04/26/19    Exp: 04/25/20        Pharmacy Dispensings: 210 TAB in 208 days

Aspirin 81 MG EC Tab
Take one tablet by mouth each day
   Rx#: 478493-THX    Doctor: Trueblood, Elizabeth MD
   Start: 04/26/19    Exp: 04/25/20        Pharmacy Dispensings: 210 TAB in 208 days

Atorvastatin 20 MG TAB
Take one tablet (20 MG) by mouth each evening
   Rx#: 478494-THX    Doctor: Trueblood, Elizabeth MD
   Start: 04/26/19    Exp: 04/25/20        Pharmacy Dispensings: 210 tab in 208 days

Calcium Citrate/Vit D 315MG/250 Unit Tab
Take one tablet by mouth two times a day
   Rx#: 492288-THX    Doctor: Trueblood, Elizabeth MD
   Start: 10/04/19    Exp: 04/01/20        Pharmacy Dispensings: 60 Tab in 47 days

Cromolyn 4% Nasal Spray(26ML) 40 MG/ML ML
Spray 2 puffs in each nostril four times a day AS NEEDED
   Rx#: 492289-THX    Doctor: Trueblood, Elizabeth MD
   Start: 10/04/19    Exp: 04/01/20        Pharmacy Dispensings: 26 ML in 47 days

Docusate Sodium 100 MG Cap
Take one capsule (100 MG) by mouth twice daily
   Rx#: 492290-THX    Doctor: Trueblood, Elizabeth MD
   Start: 10/04/19    Exp: 04/01/20        Pharmacy Dispensings: 60 CAP in 47 days

Exhibit B, p. 1

| | | |
|---|---|---|
| **Complex:** THX--TERRE HAUTE FCC | **Begin Date:** N/A | **End Date:** N/A |
| **Inmate:** WHEELER, JAMES LEE | **Reg #:** 01227-017 | **Quarter:** G02-016L |

## Active Prescriptions

**Ferrous Gluconate 324 (37.5 Fe) MG Tab**
Take one tablet by mouth each day
  Rx#: 483596-THX    Doctor: Trueblood, Elizabeth MD
  Start: 06/25/19    Exp: 04/25/20
                                     **Pharmacy Dispensings:** 150 TAB in 148 days

**Folic Acid 1 MG Tab**
Take one tablet by mouth each day for low HDL
  Rx#: 492291-THX    Doctor: Trueblood, Elizabeth MD
  Start: 10/04/19    Exp: 04/01/20               **Pharmacy Dispensings:** 30 TAB in 47 days

**hydroCHLOROthiazide 25 MG Tab**
Take one tablet (25 MG) by mouth each morning
  Rx#: 478500-THX    Doctor: Trueblood, Elizabeth MD
  Start: 04/26/19    Exp: 04/25/20               **Pharmacy Dispensings:** 210 TAB in 208 days

**Latanoprost Ophth Soln 0.005% (2.5ml)**
Instill 1 drop into BOTH eyes each evening
  Rx#: 478501-THX    Doctor: Trueblood, Elizabeth MD
  Start: 04/26/19    Exp: 04/25/20               **Pharmacy Dispensings:** 17.5 ML in 208 days

**Lisinopril 20 MG Tab**
Take one tablet by mouth each day
  Rx#: 478502-THX    Doctor: Trueblood, Elizabeth MD
  Start: 04/26/19    Exp: 04/25/20               **Pharmacy Dispensings:** 210 TAB in 208 days

**metFORMIN HCl 500 MG Tab**
Take one tablet (500 MG) by mouth each day with food
  Rx#: 478503-THX    Doctor: Trueblood, Elizabeth MD
  Start: 04/26/19    Exp: 04/25/20               **Pharmacy Dispensings:** 210 TAB in 208 days

**Triamcinolone 0.1% 80 GM Cream**
Apply a small amount topically to the affected area(s) each day
  Rx#: 492292-THX    Doctor: Trueblood, Elizabeth MD
  Start: 10/04/19    Exp: 04/01/20               **Pharmacy Dispensings:** 80 GM in 47 days

# Bureau of Prisons
# Health Services
# Health Problems

| Reg #: 01227-017 | Inmate Name: WHEELER, JAMES LEE | | | | | |
|---|---|---|---|---|---|---|
| **Description** | | **Axis** | **Code Type** | **Code** | **Diag. Date** **Status** | **Status Date** |

**Current**

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Anemia, unspecified** | | | | | | |
| 10/26/2012 14:54 EST  Tabor, Timothy PA-C | III | ICD-9 | 285.9 | 10/26/2012 | Current | 10/26/2012 |
| **Glaucoma, unspecified** | | | | | | |
| 08/17/2012 12:59 EST  Auxier, Donald OD | III | ICD-9 | 365.9 | 08/17/2012 | Current | 08/17/2012 |
| **Nuclear cataract** | | | | | | |
| 05/08/2015 15:05 EST  Auxier, Donald OD | III | ICD-9 | 366.04 | 05/08/2015 | Current | 05/08/2015 |
| **Myopia** | | | | | | |
| 05/08/2015 15:05 EST  Auxier, Donald OD | III | ICD-9 | 367.1 | 05/08/2015 | Current | 05/08/2015 |
| **Hypertension, Benign Essential** | | | | | | |
| 06/29/2010 09:49 EST  Wilson, William E. MD | III | ICD-9 | 401.1 | 03/05/2009 | Current | 03/05/2009 |
| 03/05/2009 06:23 EST  Jastillano, Alex MLP | III | ICD-9 | 401.1 | 03/05/2009 | Current | 03/05/2009 |
| **Allergic rhinitis, cause unspecified** | | | | | | |
| 03/03/2017 16:35 EST  Toliver, Ryan PA-C | III | ICD-9 | 477.9 | 03/05/2009 | Current | 03/03/2017 |
| 03/05/2009 06:24 EST  Jastillano, Alex MLP | III | ICD-9 | 477.9 | 03/05/2009 | Current | 03/05/2009 |
| **Emphysema, other** | | | | | | |
| 02/25/2015 13:46 EST  Daugherty, Genevieve PA-C | III | ICD-9 | 492.8 | 02/25/2015 | Current | 02/25/2015 |
| **Shoulder (pain in joint, shoulder region)** | | | | | | |
| 04/13/2018 07:41 EST  Muscatell, Genevieve PA-C | III | ICD-9 | 719.41 | 11/03/2015 | Current | 04/13/2018 |
| 11/29/2016 12:28 EST  Toliver, Ryan PA-C | III | ICD-9 | 719.41 | 11/03/2015 | Resolved | 11/29/2016 |
| 11/03/2015 12:23 EST  Blila, Christopher FNP-C | III | ICD-9 | 719.41 | 11/03/2015 | Current | 11/03/2015 |
| **Knee, Pain in joint, lower leg** | | | | | | |
| 04/13/2018 07:41 EST  Muscatell, Genevieve PA-C    left total knee replacement done 10-12-2016 | III | ICD-9 | 719.46 | 10/12/2016 | Current | 04/13/2018 |
| 03/03/2017 16:35 EST  Toliver, Ryan PA-C    left total knee replacement done 10-12-2016 | III | ICD-9 | 719.46 | 10/12/2016 | Resolved | 03/03/2017 |
| 10/13/2016 12:25 EST  Satterly, Thomas D.O.    left total knee replacement done 10-12-2016 | III | ICD-9 | 719.46 | 10/12/2016 | Current | 11/01/2013 |
| 11/01/2013 09:39 EST  Mata, Heather PA-C | III | ICD-9 | 719.46 | 11/01/2013 | Current | 11/01/2013 |

Exhibit B, p. 3

Reg #: 01227-017                    Inmate Name: WHEELER, JAMES LEE

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Dermatophytosis [tinea, ringworm]** | | | | | | |
| 04/30/2018 09:36 EST  Maibenco, T. MD | | ICD-10 | B359 | 04/30/2018 | Current | |
| **Type 2 diabetes mellitus** | | | | | | |
| 01/04/2018 12:22 EST  Mata, Heather PA-C<br>HbA1c 6.6 | | ICD-10 | E119 | 01/04/2018 | Current | |
| **Keratitis** | | | | | | |
| 07/29/2016 14:39 EST  Auxier, Donald OD<br>dry eye/medicine side affect | | ICD-10 | H169 | 07/29/2016 | Current | |
| **Sensorineural hearing loss, bilateral** | | | | | | |
| 10/07/2016 14:53 EST  Toliver, Ryan PA-C | | ICD-10 | H903 | 10/07/2016 | Current | |
| **Atherosclerosis** | | | | | | |
| 05/05/2017 14:51 EST  Toliver, Ryan PA-C | | ICD-10 | I7090 | 05/05/2017 | Current | |
| **Aortic aneurysm, without rupture** | | | | | | |
| 06/11/2019 12:40 EST  Trueblood, Elizabeth MD<br>3.6 cm abdominal aortic aneurysm found on ultrasound dated 05/2019 | | ICD-10 | I719 | 06/11/2019 | Current | |
| **Dermatitis, unspecified** | | | | | | |
| 11/08/2019 13:18 EST  Keser, J. FNP-BC | | ICD-10 | L309 | 11/08/2019 | Current | |
| **Dermatitis, unspecified** | | | | | | |
| 06/01/2017 12:45 EST  Stander, Klint MD<br>ECZEMA OF KNEE | | ICD-10 | L309 | 06/01/2017 | Current | |
| **Disorder of bone density and structure, unspecified** | | | | | | |
| 09/26/2018 12:12 EST  Trueblood, Elizabeth MD<br>osteopenia dexa 2018 | | ICD-10 | M859 | 09/26/2018 | Current | |

## Resolved

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Colon cancer** | | | | | | |
| 09/26/2018 12:27 EST  Trueblood, Elizabeth MD<br>colo 06/2018 tubular adenoma per GI repeat 5 years | III | ICD-9 | 153.9 | 2006 | Resolved | 12/16/2009 |
| 06/25/2018 13:14 EST  Trueblood, Elizabeth MD<br>colo 06/2018 tubular adenoma, follow GI recommendations when available. | III | ICD-9 | 153.9 | 2006 | Resolved | 12/16/2009 |
| 06/02/2015 13:01 EST  Daugherty, Genevieve PA-C<br>12-2009- repeat colonoscopy- polyps and diverticuli<br>NEEDS REPEAT COLONOSCOPY IN 6/2018. REPORT ON 6/2015 FOUND<br>INTERNAL HEMORRHOIDS, 4 POLYPS REMOVED, PENDING PATHOLOGY<br>REPORT | III | ICD-9 | 153.9 | 2006 | Resolved | 12/16/2009 |

Generated 11/20/2019 10:17 by Warner, Krista HIT        Bureau of Prisons - THA        Page 2 of 5

Exhibit B, p. 4

| Reg #: 01227-017 | | Inmate Name: WHEELER, JAMES LEE | | | |
|---|---|---|---|---|---|
| Description | Axis | Code Type | Code | Diag. Date Status | Status Date |
| 01/04/2010 14:23 EST  Wilson, William E. MD | III | ICD-9 | 153.9 | 2006  Resolved | 12/16/2009 |
|     12-2009- repeat colonoscopy- polyps and diverticuli | | | | | |
| 12/16/2009 15:13 EST  Wilson, William E. MD | III | ICD-9 | 153.9 | 2006  Resolved | 12/16/2009 |
| **Colon cancer** | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 153.9 | 2005  Resolved | |
| 02/01/2010 15:35 EST  Wilson, William E. MD | III | ICD-9 | 153.9 | 2005 | |
| **Gout, unspecified** | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 274.9 | 02/01/2010  Resolved | |
| 02/01/2010 15:40 EST  Wilson, William E. MD | III | ICD-9 | 274.9 | 02/01/2010 | |
| **Other specified glaucoma** | | | | | |
| 11/29/2016 12:26 EST  Toliver, Ryan PA-C | III | ICD-9 | 365.89 | 03/05/2009  Resolved | 11/29/2016 |
| 03/05/2009 07:09 EST  Jastillano, Alex MLP | III | ICD-9 | 365.89 | 03/05/2009  Current | 03/05/2009 |
| **Conjunctival hemorrhage** | | | | | |
| 11/29/2016 12:26 EST  Toliver, Ryan PA-C | III | ICD-9 | 372.72 | 01/17/2014  Resolved | 11/29/2016 |
| 01/17/2014 12:24 EST  Auxier, Donald OD | III | ICD-9 | 372.72 | 01/17/2014  Current | 01/17/2014 |
| **Hemorrhoids, internal without mention of comp** | | | | | |
| 11/29/2016 12:27 EST  Toliver, Ryan PA-C | III | ICD-9 | 455.0 | 06/02/2015  Resolved | 11/29/2016 |
| 06/02/2015 13:01 EST  Daugherty, Genevieve PA-C | III | ICD-9 | 455.0 | 06/02/2015  Current | 06/02/2015 |
| **Dental caries, unspecified** | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 521.00 | 06/20/2013  Resolved | 06/20/2013 |
|     6-MLF | | | | | |
| 06/20/2013 12:52 EST  Abernathey, Grant DDS | III | ICD-9 | 521.00 | 06/20/2013  Resolved | 06/20/2013 |
|     6-MLF | | | | | |
| **Dental caries extending into pulp** | | | | | |
| 11/29/2016 12:27 EST  Toliver, Ryan PA-C | III | ICD-9 | 521.03 | 12/02/2010  Resolved | 11/29/2016 |
| 12/02/2010 10:51 EST  Shepherd, Doug DMD | III | ICD-9 | 521.03 | 12/02/2010  Current | 12/02/2010 |
| **Periapical abscess with sinus** | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 522.7 | 10/08/2013  Resolved | |
| 10/08/2013 10:19 EST  Shepherd, Doug DMD | III | ICD-9 | 522.7 | 10/08/2013 | |
| **Chronic periodontitis, localized** | | | | | |
| 11/29/2016 12:27 EST  Toliver, Ryan PA-C | III | ICD-9 | 523.41 | 09/28/2009  Resolved | 11/29/2016 |
| 09/28/2009 10:35 EST  Shepherd, Doug DMD | III | ICD-9 | 523.41 | 09/28/2009  Current | 09/28/2009 |
| **Chronic periodontitis, generalized** | | | | | |
| 11/29/2016 12:27 EST  Toliver, Ryan PA-C | III | ICD-9 | 523.42 | 01/27/2009  Resolved | 11/29/2016 |
|     Perio Involved #23 | | | | | |

| Reg #: 01227-017 | Inmate Name: WHEELER, JAMES LEE | | | | | |
|---|---|---|---|---|---|---|
| Description | | Axis | Code Type | Code | Diag. Date | Status | Status Date |
| 01/27/2009 08:48 EST Shepherd, Doug DMD<br>Perio Involved #23 | | III | ICD-9 | 523.42 | 01/27/2009 | Current | 01/27/2009 |
| **Fractured restorative material w loss material** | | | | | | | |
| 02/23/2016 07:20 EST SYSTEM | | III | ICD-9 | 525.64 | 11/05/2014 | Resolved | |
| 11/05/2014 09:51 EST Shepherd, Doug DMD | | III | ICD-9 | 525.64 | 11/05/2014 | | |
| **Diverticulosis of colon w/o mention of hemorrhage** | | | | | | | |
| 11/29/2016 12:27 EST Toliver, Ryan PA-C | | III | ICD-9 | 562.10 | 01/04/2010 | Resolved | 11/29/2016 |
| 01/04/2010 14:23 EST Wilson, William E. MD | | III | ICD-9 | 562.10 | 01/04/2010 | Current | 01/04/2010 |
| **Constipation, unspecified** | | | | | | | |
| 02/23/2016 07:20 EST SYSTEM | | III | ICD-9 | 564.00 | 01/26/2011 | Resolved | 08/09/2011 |
| 08/09/2011 10:28 EST Tabor, Timothy PA-C | | III | ICD-9 | 564.00 | 01/26/2011 | Resolved | 08/09/2011 |
| 01/26/2011 14:29 EST Klink, Kimberly MS, FNP | | III | ICD-9 | 564.00 | 01/26/2011 | Current | 01/26/2011 |
| **Sebaceous cyst** | | | | | | | |
| 02/23/2016 07:20 EST SYSTEM | | III | ICD-9 | 706.2 | 02/16/2016 | Resolved | 02/19/2016 |
| 02/19/2016 14:58 EST Mata, Heather PA-C | | III | ICD-9 | 706.2 | 02/16/2016 | Resolved | 02/19/2016 |
| 02/16/2016 10:00 EST Daugherty, Genevieve PA-C | | III | ICD-9 | 706.2 | 02/16/2016 | Current | 02/16/2016 |
| **Osteoarthrosis, generalized** | | | | | | | |
| 03/03/2017 16:35 EST Toliver, Ryan PA-C | | III | ICD-9 | 715.0 | 02/01/2010 | Resolved | 03/03/2017 |
| 02/01/2010 15:40 EST Wilson, William E. MD | | III | ICD-9 | 715.0 | 02/01/2010 | Current | 02/01/2010 |
| **Osteoarthrosis, unspec, shoulder** | | | | | | | |
| 03/03/2017 16:35 EST Toliver, Ryan PA-C | | III | ICD-9 | 715.91 | 11/01/2013 | Resolved | 03/03/2017 |
| 11/01/2013 09:39 EST Mata, Heather PA-C | | III | ICD-9 | 715.91 | 11/01/2013 | Current | 11/01/2013 |
| **Ankle, foot- Pain in joint** | | | | | | | |
| 03/03/2017 16:35 EST Toliver, Ryan PA-C | | III | ICD-9 | 719.47 | 07/24/2012 | Resolved | 03/03/2017 |
| 07/24/2012 13:33 EST Tabor, Timothy PA-C | | III | ICD-9 | 719.47 | 07/24/2012 | Current | 07/24/2012 |
| **Edema** | | | | | | | |
| 11/29/2016 12:28 EST Toliver, Ryan PA-C | | III | ICD-9 | 782.3 | 02/25/2015 | Resolved | 11/29/2016 |
| 02/25/2015 13:46 EST Daugherty, Genevieve PA-C | | III | ICD-9 | 782.3 | 02/25/2015 | Current | 02/25/2015 |
| **Shortness of breath** | | | | | | | |
| 02/23/2016 07:20 EST SYSTEM | | III | ICD-9 | 786.05 | 02/17/2015 | Resolved | 02/25/2015 |
| 02/25/2015 13:46 EST Daugherty, Genevieve PA-C | | III | ICD-9 | 786.05 | 02/17/2015 | Resolved | 02/25/2015 |
| 02/17/2015 11:54 EST Daugherty, Genevieve PA-C | | III | ICD-9 | 786.05 | 02/17/2015 | Current | 02/17/2015 |
| **Constipation, unspecified** | | | | | | | |
| 03/03/2017 16:35 EST Toliver, Ryan PA-C | | | ICD-10 | K5900 | 10/12/2016 | Resolved | 03/03/2017 |
| 10/12/2016 17:57 EST Khan, Zafar PA | | | ICD-10 | K5900 | 10/12/2016 | Current | |

Exhibit B, p. 6

Reg #: 01227-017         Inmate Name: WHEELER, JAMES LEE

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Pain in unspecified toe(s)** | | | | | | |
| 04/26/2019 12:04 EST Trueblood, Elizabeth MD | | ICD-10 | M79676 | 11/02/2017 | Resolved | 04/26/2019 |
|     hammer toe | | | | | | |
| 11/02/2017 14:12 EST Mata, Heather PA-C | | ICD-10 | M79676 | 11/02/2017 | Current | |
|     hammer toe | | | | | | |
| **Significant Procedures** | | | | | | |
| 11/29/2016 12:28 EST Toliver, Ryan PA-C | III | ICD-9 | Procedu | 04/17/2009 | Resolved | 11/29/2016 |
| 04/17/2009 12:40 EST Jastillano, Alex MLP | III | ICD-9 | Procedu | 04/17/2009 | Current | 04/17/2009 |
| **Screening for diabetes mellitus** | | | | | | |
| 02/23/2016 07:20 EST SYSTEM | III | ICD-9 | V77.1 | 01/26/2011 | Resolved | 08/09/2011 |
| 08/09/2011 10:28 EST Tabor, Timothy PA-C | III | ICD-9 | V77.1 | 01/26/2011 | Resolved | 08/09/2011 |
| 01/26/2011 15:13 EST Klink, Kimberly MS, FNP | III | ICD-9 | V77.1 | 01/26/2011 | Current | 01/26/2011 |

### Current

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| ~~Other lymphedema~~ | | | | | | |
| ~~12/16/2009 15:13 EST Wilson, William E. MD~~ | ~~III~~ | ~~ICD-9~~ | ~~457.1~~ | ~~09/11/2009~~ | ~~Current~~ | ~~09/11/2009~~ |
|     --not a true dx | | | | | | |
| 09/11/2009 12:52 EST Tabor, Timothy PA-C | III | ICD-9 | 457.1 | 09/11/2009 | Current | 09/11/2009 |
| ~~Unspecified monoarthritis~~ | | | | | | |
| ~~12/16/2009 15:13 EST Wilson, William E. MD~~ | ~~III~~ | ~~ICD-9~~ | ~~716.6~~ | ~~10/07/2008~~ | ~~Current~~ | ~~10/07/2008~~ |
|     --has OA, hx MVA, hx bone graft right leg | | | | | | |
| 10/07/2008 10:58 EST Jastillano, Alex MLP | III | ICD-9 | 716.6 | 10/07/2008 | Current | 10/07/2008 |

Total: 44