# Bureau of Prisons
# Health Services
# Health Problems

Reg #:  01227-017                    Inmate Name:  WHEELER, JAMES LEE

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Current** | | | | | | |
| Anemia, unspecified | | | | | | |
| 10/26/2012 14:54 EST  Tabor, Timothy PA-C | III | ICD-9 | 285.9 | 10/26/2012 | Current | 10/26/2012 |
| Glaucoma, unspecified | | | | | | |
| 08/17/2012 12:59 EST  Auxier, Donald OD | III | ICD-9 | 365.9 | 08/17/2012 | Current | 08/17/2012 |
| Nuclear cataract | | | | | | |
| 05/08/2015 15:05 EST  Auxier, Donald OD | III | ICD-9 | 366.04 | 05/08/2015 | Current | 05/08/2015 |
| Myopia | | | | | | |
| 05/08/2015 15:05 EST  Auxier, Donald OD | III | ICD-9 | 367.1 | 05/08/2015 | Current | 05/08/2015 |
| Hypertension, Benign Essential | | | | | | |
| 06/29/2010 09:49 EST  Wilson, William E. MD | III | ICD-9 | 401.1 | 03/05/2009 | Current | 03/05/2009 |
| 03/05/2009 06:23 EST  Jastillano, Alex MLP | III | ICD-9 | 401.1 | 03/05/2009 | Current | 03/05/2009 |
| Allergic rhinitis, cause unspecified | | | | | | |
| 03/03/2017 16:35 EST  Toliver, Ryan PA-C | III | ICD-9 | 477.9 | 03/05/2009 | Current | 03/03/2017 |
| 03/05/2009 06:24 EST  Jastillano, Alex MLP | III | ICD-9 | 477.9 | 03/05/2009 | Current | 03/05/2009 |
| Emphysema, other | | | | | | |
| 02/25/2015 13:46 EST  Daugherty, Genevieve PA-C | III | ICD-9 | 492.8 | 02/25/2015 | Current | 02/25/2015 |
| Shoulder (pain in joint, shoulder region) | | | | | | |
| 04/13/2018 07:41 EST  Muscatell, Genevieve PA-C | III | ICD-9 | 719.41 | 11/03/2015 | Current | 04/13/2018 |
| 11/29/2016 12:28 EST  Toliver, Ryan PA-C | III | ICD-9 | 719.41 | 11/03/2015 | Resolved | 11/29/2016 |
| 11/03/2015 12:23 EST  Blila, Christopher FNP-C | III | ICD-9 | 719.41 | 11/03/2015 | Current | 11/03/2015 |
| Knee, Pain in joint, lower leg | | | | | | |
| 04/13/2018 07:41 EST  Muscatell, Genevieve PA-C | III | ICD-9 | 719.46 | 10/12/2016 | Current | 04/13/2018 |
|     left total knee replacement done 10-12-2016 | | | | | | |
| 03/03/2017 16:35 EST  Toliver, Ryan PA-C | III | ICD-9 | 719.46 | 10/12/2016 | Resolved | 03/03/2017 |
|     left total knee replacement done 10-12-2016 | | | | | | |
| 10/13/2016 12:25 EST  Satterly, Thomas D.O. | III | ICD-9 | 719.46 | 10/12/2016 | Current | 11/01/2013 |
|     left total knee replacement done 10-12-2016 | | | | | | |
| 11/01/2013 09:39 EST  Mata, Heather PA-C | III | ICD-9 | 719.46 | 11/01/2013 | Current | 11/01/2013 |

Reg #:  01227-017                         Inmate Name:  WHEELER, JAMES LEE

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Dermatophytosis [tinea, ringworm] | | | | | | |
| 04/30/2018 09:36 EST  Maibenco, T. MD | | ICD-10 | B359 | 04/30/2018 | Current | |
| Type 2 diabetes mellitus | | | | | | |
| 01/04/2018 12:22 EST  Mata, Heather PA-C | | ICD-10 | E119 | 01/04/2018 | Current | |
|     HbA1c 6.6 | | | | | | |
| Keratitis | | | | | | |
| 07/29/2016 14:39 EST  Auxier, Donald OD | | ICD-10 | H169 | 07/29/2016 | Current | |
|     dry eye/medicine side affect | | | | | | |
| Otitis externa | | | | | | |
| 04/07/2020 14:39 EST  Trueblood, Elizabeth MD | | ICD-10 | H6090 | 04/07/2020 | Current | |
|     sore spot from hearing aid left ear. | | | | | | |
| Sensorineural hearing loss, bilateral | | | | | | |
| 10/07/2016 14:53 EST  Toliver, Ryan PA-C | | ICD-10 | H903 | 10/07/2016 | Current | |
| Atherosclerosis | | | | | | |
| 05/05/2017 14:51 EST  Toliver, Ryan PA-C | | ICD-10 | I7090 | 05/05/2017 | Current | |
| Aortic aneurysm, without rupture | | | | | | |
| 06/11/2019 12:40 EST  Trueblood, Elizabeth MD | | ICD-10 | I719 | 06/11/2019 | Current | |
|     3.6 cm abdominal aortic aneurysm found on ultrasound dated 05/2019 | | | | | | |
| Dermatitis, unspecified | | | | | | |
| 11/08/2019 13:18 EST  Keser, J. FNP-BC | | ICD-10 | L309 | 11/08/2019 | Current | |
| Dermatitis, unspecified | | | | | | |
| 06/01/2017 12:45 EST  Stander, Klint MD | | ICD-10 | L309 | 06/01/2017 | Current | |
|     ECZEMA OF KNEE | | | | | | |
| Disorder of bone density and structure, unspecified | | | | | | |
| 09/26/2018 12:12 EST  Trueblood, Elizabeth MD | | ICD-10 | M859 | 09/26/2018 | Current | |
|     osteopenia dexa 2018 | | | | | | |

## Resolved

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Colon cancer | | | | | | |
| 09/26/2018 12:27 EST  Trueblood, Elizabeth MD | III | ICD-9 | 153.9 | 2006 | Resolved | 12/16/2009 |
|     colo 06/2018 tubular adenoma per GI repeat 5 years | | | | | | |
| 06/25/2018 13:14 EST  Trueblood, Elizabeth MD | III | ICD-9 | 153.9 | 2006 | Resolved | 12/16/2009 |
|     colo 06/2018 tubular adenoma, follow GI recommendations when available. | | | | | | |
| 06/02/2015 13:01 EST  Daugherty, Genevieve PA-C | III | ICD-9 | 153.9 | 2006 | Resolved | 12/16/2009 |

Reg #:  01227-017                            Inmate Name:   WHEELER, JAMES LEE

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 12-2009- repeat colonoscopy- polyps and diverticuli NEEDS REPEAT COLONOSCOPY IN 6/2018. REPORT ON 6/2015 FOUND INTERNAL HEMORRHOIDS, 4 POLYPS REMOVED, PENDING PATHOLOGY REPORT | | | | | | |
| 01/04/2010 14:23 EST  Wilson, William E. MD | III | ICD-9 | 153.9 | 2006 | Resolved | 12/16/2009 |
| 12-2009- repeat colonoscopy- polyps and diverticuli | | | | | | |
| 12/16/2009 15:13 EST  Wilson, William E. MD | III | ICD-9 | 153.9 | 2006 | Resolved | 12/16/2009 |
| Colon cancer | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 153.9 | 2005 | Resolved | |
| 02/01/2010 15:35 EST  Wilson, William E. MD | III | ICD-9 | 153.9 | 2005 | | |
| Gout, unspecified | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 274.9 | 02/01/2010 | Resolved | |
| 02/01/2010 15:40 EST  Wilson, William E. MD | III | ICD-9 | 274.9 | 02/01/2010 | | |
| Other specified glaucoma | | | | | | |
| 11/29/2016 12:26 EST  Toliver, Ryan PA-C | III | ICD-9 | 365.89 | 03/05/2009 | Resolved | 11/29/2016 |
| 03/05/2009 07:09 EST  Jastillano, Alex MLP | III | ICD-9 | 365.89 | 03/05/2009 | Current | 03/05/2009 |
| Conjunctival hemorrhage | | | | | | |
| 11/29/2016 12:26 EST  Toliver, Ryan PA-C | III | ICD-9 | 372.72 | 01/17/2014 | Resolved | 11/29/2016 |
| 01/17/2014 12:24 EST  Auxier, Donald OD | III | ICD-9 | 372.72 | 01/17/2014 | Current | 01/17/2014 |
| Hemorrhoids, internal without mention of comp | | | | | | |
| 11/29/2016 12:27 EST  Toliver, Ryan PA-C | III | ICD-9 | 455.0 | 06/02/2015 | Resolved | 11/29/2016 |
| 06/02/2015 13:01 EST  Daugherty, Genevieve PA-C | III | ICD-9 | 455.0 | 06/02/2015 | Current | 06/02/2015 |
| Dental caries, unspecified | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM 6-MLF | III | ICD-9 | 521.00 | 06/20/2013 | Resolved | 06/20/2013 |
| 06/20/2013 12:52 EST  Abernathey, Grant DDS 6-MLF | III | ICD-9 | 521.00 | 06/20/2013 | Resolved | 06/20/2013 |
| Dental caries extending into pulp | | | | | | |
| 11/29/2016 12:27 EST  Toliver, Ryan PA-C | III | ICD-9 | 521.03 | 12/02/2010 | Resolved | 11/29/2016 |
| 12/02/2010 10:51 EST  Shepherd, Doug DMD | III | ICD-9 | 521.03 | 12/02/2010 | Current | 12/02/2010 |
| Periapical abscess with sinus | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 522.7 | 10/08/2013 | Resolved | |
| 10/08/2013 10:19 EST  Shepherd, Doug DMD | III | ICD-9 | 522.7 | 10/08/2013 | | |
| Chronic periodontitis, localized | | | | | | |
| 11/29/2016 12:27 EST  Toliver, Ryan PA-C | III | ICD-9 | 523.41 | 09/28/2009 | Resolved | 11/29/2016 |
| 09/28/2009 10:35 EST  Shepherd, Doug DMD | III | ICD-9 | 523.41 | 09/28/2009 | Current | 09/28/2009 |

Reg #: 01227-017     Inmate Name:  WHEELER, JAMES LEE

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Chronic periodontitis, generalized | | | | | | |
| 11/29/2016 12:27 EST  Toliver, Ryan PA-C  Perio Involved #23 | III | ICD-9 | 523.42 | 01/27/2009 | Resolved | 11/29/2016 |
| 01/27/2009 08:48 EST  Shepherd, Doug DMD  Perio Involved #23 | III | ICD-9 | 523.42 | 01/27/2009 | Current | 01/27/2009 |
| Fractured restorative material w loss material | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 525.64 | 11/05/2014 | Resolved | |
| 11/05/2014 09:51 EST  Shepherd, Doug DMD | III | ICD-9 | 525.64 | 11/05/2014 | | |
| Diverticulosis of colon w/o mention of hemorrhage | | | | | | |
| 11/29/2016 12:27 EST  Toliver, Ryan PA-C | III | ICD-9 | 562.10 | 01/04/2010 | Resolved | 11/29/2016 |
| 01/04/2010 14:23 EST  Wilson, William E. MD | III | ICD-9 | 562.10 | 01/04/2010 | Current | 01/04/2010 |
| Constipation, unspecified | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 564.00 | 01/26/2011 | Resolved | 08/09/2011 |
| 08/09/2011 10:28 EST  Tabor, Timothy PA-C | III | ICD-9 | 564.00 | 01/26/2011 | Resolved | 08/09/2011 |
| 01/26/2011 14:29 EST  Klink, Kimberly MS, FNP | III | ICD-9 | 564.00 | 01/26/2011 | Current | 01/26/2011 |
| Sebaceous cyst | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 706.2 | 02/16/2016 | Resolved | 02/19/2016 |
| 02/19/2016 14:58 EST  Mata, Heather PA-C | III | ICD-9 | 706.2 | 02/16/2016 | Resolved | 02/19/2016 |
| 02/16/2016 10:00 EST  Daugherty, Genevieve PA-C | III | ICD-9 | 706.2 | 02/16/2016 | Current | 02/16/2016 |
| Osteoarthrosis, generalized | | | | | | |
| 03/03/2017 16:35 EST  Toliver, Ryan PA-C | III | ICD-9 | 715.0 | 02/01/2010 | Resolved | 03/03/2017 |
| 02/01/2010 15:40 EST  Wilson, William E. MD | III | ICD-9 | 715.0 | 02/01/2010 | Current | 02/01/2010 |
| Osteoarthrosis, unspec, shoulder | | | | | | |
| 03/03/2017 16:35 EST  Toliver, Ryan PA-C | III | ICD-9 | 715.91 | 11/01/2013 | Resolved | 03/03/2017 |
| 11/01/2013 09:39 EST  Mata, Heather PA-C | III | ICD-9 | 715.91 | 11/01/2013 | Current | 11/01/2013 |
| Ankle, foot- Pain in joint | | | | | | |
| 03/03/2017 16:35 EST  Toliver, Ryan PA-C | III | ICD-9 | 719.47 | 07/24/2012 | Resolved | 03/03/2017 |
| 07/24/2012 13:33 EST  Tabor, Timothy PA-C | III | ICD-9 | 719.47 | 07/24/2012 | Current | 07/24/2012 |
| Edema | | | | | | |
| 11/29/2016 12:28 EST  Toliver, Ryan PA-C | III | ICD-9 | 782.3 | 02/25/2015 | Resolved | 11/29/2016 |
| 02/25/2015 13:46 EST  Daugherty, Genevieve PA-C | III | ICD-9 | 782.3 | 02/25/2015 | Current | 02/25/2015 |
| Shortness of breath | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 786.05 | 02/17/2015 | Resolved | 02/25/2015 |
| 02/25/2015 13:46 EST  Daugherty, Genevieve PA-C | III | ICD-9 | 786.05 | 02/17/2015 | Resolved | 02/25/2015 |

Reg #: 01227-017                    Inmate Name: WHEELER, JAMES LEE

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 02/17/2015 11:54 EST  Daugherty, Genevieve PA-C | III | ICD-9 | 786.05 | 02/17/2015 | Current | 02/17/2015 |
| Constipation, unspecified | | | | | | |
| 03/03/2017 16:35 EST  Toliver, Ryan PA-C | | ICD-10 | K5900 | 10/12/2016 | Resolved | 03/03/2017 |
| 10/12/2016 17:57 EST  Khan, Zafar PA | | ICD-10 | K5900 | 10/12/2016 | Current | |
| Pain in unspecified toe(s) | | | | | | |
| 04/26/2019 12:04 EST  Trueblood, Elizabeth MD | | ICD-10 | M79676 | 11/02/2017 | Resolved | 04/26/2019 |
|     hammer toe | | | | | | |
| 11/02/2017 14:12 EST  Mata, Heather PA-C | | ICD-10 | M79676 | 11/02/2017 | Current | |
|     hammer toe | | | | | | |
| Significant Procedures | | | | | | |
| 11/29/2016 12:28 EST  Toliver, Ryan PA-C | III | ICD-9 | Procedu | 04/17/2009 | Resolved | 11/29/2016 |
| 04/17/2009 12:40 EST  Jastillano, Alex MLP | III | ICD-9 | Procedu | 04/17/2009 | Current | 04/17/2009 |
| Screening for diabetes mellitus | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | V77.1 | 01/26/2011 | Resolved | 08/09/2011 |
| 08/09/2011 10:28 EST  Tabor, Timothy PA-C | III | ICD-9 | V77.1 | 01/26/2011 | Resolved | 08/09/2011 |
| 01/26/2011 15:13 EST  Klink, Kimberly MS, FNP | III | ICD-9 | V77.1 | 01/26/2011 | Current | 01/26/2011 |

## Current

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| ~~Other lymphedema~~ | | | | | | |
| ~~12/16/2009 15:13 EST  Wilson, William E. MD~~ | ~~III~~ | ~~ICD-9~~ | ~~457.1~~ | ~~09/11/2009~~ | ~~Current~~ | ~~09/11/2009~~ |
|     ~~--not a true dx~~ | | | | | | |
| 09/11/2009 12:52 EST  Tabor, Timothy PA-C | III | ICD-9 | 457.1 | 09/11/2009 | Current | 09/11/2009 |
| ~~Unspecified monoarthritis~~ | | | | | | |
| ~~12/16/2009 15:13 EST  Wilson, William E. MD~~ | ~~III~~ | ~~ICD-9~~ | ~~716.6~~ | ~~10/07/2008~~ | ~~Current~~ | ~~10/07/2008~~ |
|     ~~--has OA, hx MVA, hx bone graft right leg~~ | | | | | | |
| 10/07/2008 10:58 EST  Jastillano, Alex MLP | III | ICD-9 | 716.6 | 10/07/2008 | Current | 10/07/2008 |

**Total:** 45

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| | | | | |
|---|---|---|---|---|
| **Complex:** THX--TERRE HAUTE FCC | | **Begin Date:** 01/01/2020 | | **End Date:** 12/31/2020 |
| **Inmate:** WHEELER, JAMES LEE | | **Reg #:** 01227-017 | | **Quarter:** G02-016L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:** Denied

## Active Prescriptions

Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT
inhale 2 puffs by mouth four times daily AS NEEDED
**Rx#:** 478491-THX   **Doctor:** Trueblood, Elizabeth MD
**Start:** 04/26/19   **Exp:** 04/25/20   **D/C:** 04/07/20   **Pharmacy Dispensings:** 102 GM in 468 days

Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT
Don't use daily. Inhale 2 puffs by mouth 4 times a day as needed to prevent/relieve asthma attack (inhaler to last 90 days. If need more, make sick call)
**Rx#:** 506650-THX   **Doctor:** Trueblood, Elizabeth MD
**Start:** 04/07/20   **Exp:** 04/07/21   **Pharmacy Dispensings:** 17 GM in 121 days

Allopurinol 300 MG Tab
Take one tablet by mouth each day - for gout
**Rx#:** 478492-THX   **Doctor:** Trueblood, Elizabeth MD
**Start:** 04/26/19   **Exp:** 04/25/20   **D/C:** 04/07/20   **Pharmacy Dispensings:** 360 TAB in 468 days

Allopurinol 300 MG Tab
Take one tablet by mouth each day - for gout
**Rx#:** 506651-THX   **Doctor:** Trueblood, Elizabeth MD
**Start:** 04/07/20   **Exp:** 04/07/21   **Pharmacy Dispensings:** 90 TAB in 121 days

Aspirin 81 MG EC Tab
Take one tablet by mouth each day
**Rx#:** 478493-THX   **Doctor:** Trueblood, Elizabeth MD
**Start:** 04/26/19   **Exp:** 04/25/20   **D/C:** 04/07/20   **Pharmacy Dispensings:** 360 TAB in 468 days

Aspirin 81 MG EC Tab
Take one tablet by mouth each day
**Rx#:** 506652-THX   **Doctor:** Trueblood, Elizabeth MD
**Start:** 04/07/20   **Exp:** 04/07/21   **Pharmacy Dispensings:** 90 TAB in 121 days

Atorvastatin 20 MG TAB
Take one tablet (20 MG) by mouth each evening
**Rx#:** 478494-THX   **Doctor:** Trueblood, Elizabeth MD
**Start:** 04/26/19   **Exp:** 04/25/20   **D/C:** 04/07/20   **Pharmacy Dispensings:** 360 tab in 468 days

| | | | |
|---|---|---|---|
| Complex: | THX--TERRE HAUTE FCC | Begin Date: | 01/01/2020 |
| | | End Date: | 12/31/2020 |
| Inmate: | WHEELER, JAMES LEE | Reg #: 01227-017 | Quarter: G02-016L |

## Active Prescriptions

Atorvastatin 40 MG TAB
Take one tablet (40 MG) by mouth at bedtime
  **Rx#:** 506679-THX    **Doctor:** Trueblood, Elizabeth MD
  **Start:** 04/08/20    **Exp:** 04/08/21    **Pharmacy Dispensings:** 120 tab in 120 days

Calcium Citrate/Vit D 315MG/250 Unit Tab
Take one tablet by mouth two times a day
  **Rx#:** 492288-THX    **Doctor:** Trueblood, Elizabeth MD
  **Start:** 10/04/19    **Exp:** 04/01/20    **D/C:** 01/28/20    **Pharmacy Dispensings:** 180 Tab in 307 days

Calcium Citrate/VIT D 315MG/200 Unit Tab
Take one tablet by mouth two times a day
  **Rx#:** 501398-THX    **Doctor:** Trueblood, Elizabeth MD
  **Start:** 01/28/20    **Exp:** 04/01/20    **Pharmacy Dispensings:** 128 TAB in 190 days

Calcium Citrate/VIT D 315MG/200 Unit Tab
Take one tablet by mouth two times a day
  **Rx#:** 506653-THX    **Doctor:** Trueblood, Elizabeth MD
  **Start:** 04/07/20    **Exp:** 10/04/20    **Pharmacy Dispensings:** 240 TAB in 121 days

Ciprofloxacin/Dexameta Otic 0.3%/0.1% [7.5ML]
place 4 drops in both ears One Time Dose Given AS NEEDED ***pill line***
  **Rx#:** 506680-THX    **Doctor:** Trueblood, Elizabeth MD
  **Start:** 04/08/20    **Exp:** 04/08/20    **Pharmacy Dispensings:** 0 ML in 120 days

Cromolyn 4% Nasal Spray(26ML) 40 MG/ML ML
Spray 2 puffs in each nostril four times a day AS NEEDED
  **Rx#:** 492289-THX    **Doctor:** Trueblood, Elizabeth MD
  **Start:** 10/04/19    **Exp:** 04/01/20    **Pharmacy Dispensings:** 156 ML in 307 days

Cromolyn 4% Nasal Spray(26ML) 40 MG/ML ML
Spray 2 puffs in each nostril four times a day AS NEEDED
  **Rx#:** 506654-THX    **Doctor:** Trueblood, Elizabeth MD
  **Start:** 04/07/20    **Exp:** 07/30/20    **Pharmacy Dispensings:** 104 ML in 121 days

Docusate Sodium 100 MG Cap
Take one capsule (100 MG) by mouth twice daily
  **Rx#:** 492290-THX    **Doctor:** Trueblood, Elizabeth MD
  **Start:** 10/04/19    **Exp:** 04/01/20    **Pharmacy Dispensings:** 360 CAP in 307 days

Docusate Sodium 100 MG Cap
Take one capsule (100 MG) by mouth twice daily
  **Rx#:** 506655-THX    **Doctor:** Trueblood, Elizabeth MD

| | | | |
|---|---|---|---|
| Complex: | THX--TERRE HAUTE FCC | Begin Date: | 01/01/2020 | End Date: 12/31/2020 |
| Inmate: | WHEELER, JAMES LEE | Reg #: | 01227-017 | Quarter: G02-016L |

## Active Prescriptions

**Start:** 04/07/20 **Exp:** 10/04/20 **Pharmacy Dispensings:** 240 CAP in 121 days

Ferrous Gluconate 324 (37.5 Fe) MG Tab
Take one tablet by mouth each day
**Rx#:** 483596-THX **Doctor:** Trueblood, Elizabeth MD
**Start:** 06/25/19 **Exp:** 04/25/20 **D/C:** 04/07/20 **Pharmacy Dispensings:** 300 TAB in 408 days

Ferrous Gluconate 324 (37.5 Fe) MG Tab
Take one tablet by mouth each day
**Rx#:** 506656-THX **Doctor:** Trueblood, Elizabeth MD
**Start:** 04/07/20 **Exp:** 04/07/21 **Pharmacy Dispensings:** 90 TAB in 121 days

Folic Acid 1 MG Tab
Take one tablet by mouth each day for low HDL
**Rx#:** 492291-THX **Doctor:** Trueblood, Elizabeth MD
**Start:** 10/04/19 **Exp:** 04/01/20 **Pharmacy Dispensings:** 180 TAB in 307 days

Folic Acid 1 MG Tab
Take one tablet by mouth each day for low HDL
**Rx#:** 506520-THX **Doctor:** Trueblood, Elizabeth MD
**Start:** 04/06/20 **Exp:** 10/03/20 **D/C:** 04/07/20 **Pharmacy Dispensings:** 0 TAB in 122 days

Folic Acid 1 MG Tab
Take one tablet by mouth each day for low HDL
**Rx#:** 506657-THX **Doctor:** Trueblood, Elizabeth MD
**Start:** 04/07/20 **Exp:** 10/04/20 **Pharmacy Dispensings:** 180 TAB in 121 days

hydroCHLOROthiazide 25 MG Tab
Take one tablet (25 MG) by mouth each morning
**Rx#:** 478500-THX **Doctor:** Trueblood, Elizabeth MD
**Start:** 04/26/19 **Exp:** 04/25/20 **D/C:** 04/07/20 **Pharmacy Dispensings:** 360 TAB in 468 days

hydroCHLOROthiazide 25 MG Tab
Take one tablet (25 MG) by mouth each morning
**Rx#:** 506658-THX **Doctor:** Trueblood, Elizabeth MD
**Start:** 04/07/20 **Exp:** 04/07/21 **Pharmacy Dispensings:** 90 TAB in 121 days

Hydrocortisone Rectal Cream 2.5 %, 28.4GM
apply a thin layer mixed with ketoconazole cream to inner thighs each day
**Rx#:** 502949-THX **Doctor:** Trueblood, Elizabeth MD
**Start:** 02/14/20 **Exp:** 03/15/20 **Pharmacy Dispensings:** 28.4 GM in 173 days

Ketoconazole cream 2% 30 GM

| | | | |
|---|---|---|---|
| Complex: | THX--TERRE HAUTE FCC | Begin Date: 01/01/2020 | End Date: 12/31/2020 |
| Inmate: | WHEELER, JAMES LEE | Reg #: 01227-017 | Quarter: G02-016L |

## Active Prescriptions

apply a thin layer mixed with hydrocortisone cream each day to inner thighs
**Rx#:** 502950-THX  **Doctor:** Trueblood, Elizabeth MD
**Start:** 02/14/20  **Exp:** 03/15/20  **Pharmacy Dispensings:** 30 gm in 173 days

Latanoprost Ophth Soln 0.005% [2.5ml]
Instill 1 drop into BOTH eyes each evening
**Rx#:** 478501-THX  **Doctor:** Trueblood, Elizabeth MD
**Start:** 04/26/19  **Exp:** 04/25/20  **D/C:** 04/07/20  **Pharmacy Dispensings:** 30 ML in 468 days

Latanoprost Ophth Soln 0.005% [2.5ml]
Instill 1 drop into BOTH eyes each evening
**Rx#:** 506659-THX  **Doctor:** Trueblood, Elizabeth MD
**Start:** 04/07/20  **Exp:** 04/07/21  **Pharmacy Dispensings:** 7.5 ML in 121 days

Lisinopril 20 MG Tab
Take one tablet by mouth each day
**Rx#:** 478502-THX  **Doctor:** Trueblood, Elizabeth MD
**Start:** 04/26/19  **Exp:** 04/25/20  **D/C:** 04/07/20  **Pharmacy Dispensings:** 360 TAB in 468 days

Lisinopril 20 MG Tab
Take one tablet by mouth each day
**Rx#:** 506660-THX  **Doctor:** Trueblood, Elizabeth MD
**Start:** 04/07/20  **Exp:** 04/07/21  **Pharmacy Dispensings:** 90 TAB in 121 days

metFORMIN HCl 500 MG Tab
Take one tablet (500 MG) by mouth each day with food
**Rx#:** 478503-THX  **Doctor:** Trueblood, Elizabeth MD
**Start:** 04/26/19  **Exp:** 04/25/20  **D/C:** 04/07/20  **Pharmacy Dispensings:** 360 TAB in 468 days

metFORMIN HCl 500 MG Tab
Take one tablet (500 MG) by mouth each day with food
**Rx#:** 506661-THX  **Doctor:** Trueblood, Elizabeth MD
**Start:** 04/07/20  **Exp:** 04/07/21  **Pharmacy Dispensings:** 90 TAB in 121 days

Terbinafine HCl 250 MG Tab
Take one tablet (250 MG) by mouth each day for 14 days
**Rx#:** 502951-THX  **Doctor:** Trueblood, Elizabeth MD
**Start:** 02/14/20  **Exp:** 02/28/20  **Pharmacy Dispensings:** 14 TAB in 173 days

Triamcinolone 0.1% 80 GM Cream
Apply a small amount topically to the affected area(s) each day
**Rx#:** 492292-THX  **Doctor:** Trueblood, Elizabeth MD
**Start:** 10/04/19  **Exp:** 04/01/20  **Pharmacy Dispensings:** 480 GM in 307 days

| | | | |
|---|---|---|---|
| Complex: | THX--TERRE HAUTE FCC | Begin Date: 01/01/2020 | End Date: 12/31/2020 |
| Inmate: | WHEELER, JAMES LEE | Reg #: 01227-017 | Quarter: G02-016L |

## Active Prescriptions

Triamcinolone 0.1%  80 GM Cream
Apply a small amount topically to the affected area(s)  each day
   **Rx#:** 506662-THX    **Doctor:** Trueblood, Elizabeth MD
   **Start:** 04/07/20    **Exp:** 10/04/20    **Pharmacy Dispensings:** 240 GM in 121 days

Cholecalciferol (Vit D)  5000 UNIT (125mcg) Tab
Take one tablet  by mouth each day
   **Rx#:** 506681-THX    **Doctor:** Trueblood, Elizabeth MD
   **Start:** 04/08/20    **Exp:** 04/08/21    **Pharmacy Dispensings:** 150 Tab in 120 days

Sodium CHLORIDE 0.9% Inj 1000 ML
Infuse 700 ml IV one time only ***pill line***
   **Rx#:** 506159-THX    **Doctor:** Lukens, David MD
   **Start:** 03/27/20    **Exp:** 03/27/20    **Pharmacy Dispensings:** 0 ml in 132 days

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WHEELER, JAMES LEE | | | Reg #: | 01227-017 |
| Date of Birth: | 06/26/1942 | Sex: M | Race: WHITE | Facility: | THA |
| Note Date: | 06/11/2019 12:37 | Provider: | Trueblood, Elizabeth MD | Unit: | G02 |

Review Note - Report Review encounter performed at Health Services.

**Administrative Notes:**

   **ADMINISTRATIVE NOTE  1**      **Provider:** Trueblood, Elizabeth MD

     Ultrasound shows abdominal aortic aneurysm at 3.6 cm.  We'll repeat ultrasound in one year.

**ASSESSMENTS:**

  Aortic aneurysm, without rupture, I719 - Current

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Radiology | 06/01/2020 | 06/01/2020 | Routine | No | |

    **Subtype:**
        Ultrasound, Onsite
    **Reason for Request:**
        Schedule repeat ultrasound in one year for findings of abdominal aortic aneurysm at 3.6 cm.

**Copay Required:** No      **Cosign Required:** No
**Telephone/Verbal Order:**  No

Completed by Trueblood, Elizabeth MD on 06/11/2019 12:40

<u>Exhibit B, p. 11</u>

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | |
|---|---|---|
| Inmate Name: WHEELER, JAMES LEE | | Reg #: 01227-017 |
| Date of Birth: 06/26/1942 | Sex: M   Race: WHITE | Facility: THA |
| Note Date: 05/29/2019 09:02 | Provider: Abriani, Melissa RT(R) | Unit: G02 |

Admin Note - Consultation encounter performed at Health Services.

**Administrative Notes:**

**ADMINISTRATIVE NOTE  1**     **Provider:** Abriani, Melissa RT(R)

PATIENT WAS SEEN IN HOUSE BY SPECIALIST FOR AN ULTRA SOUND OF THE KIDNEYS DUE TO RENAL MASS FOUND ON PREVIOUS CT, AND ABDOMINAL AORTA ULTRA SOUND WAS ALSO DONE DUE TO FINDINGS ON CURRENT ULTRA SOUND

**Copay Required:** No      **Cosign Required:** Yes
**Telephone/Verbal Order:**   No

Completed by Abriani, Melissa RT(R) on 05/29/2019 09:04
Requested to be cosigned by  Trueblood, Elizabeth MD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Alerts

| Reg #: 01227-017 | | Inmate Name: | WHEELER, JAMES LEE | |
|---|---|---|---|---|
| **Alert** | | **Start Date** | **Stop Date** | **Comments** |
| Anticoagulant Therapy | | | | |
| 11/20/2014 08:27 EST | Rhoads, Kimberly RDH | 11/20/2014 | | 81mg ASA |

**Total:** 1

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | |
|---|---|---|
| Inmate Name: WHEELER, JAMES LEE | | Reg #: 01227-017 |
| Date of Birth: 06/26/1942 | Sex: M   Race: WHITE | Facility: THA |
| Note Date: 05/19/2020 11:25 | Provider: Abriani, Melissa RT(R) | Unit: G02 |

Admin Note - Consultation encounter performed at Health Services.

**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**      **Provider:** Abriani, Melissa RT(R)

    PATIENT SEEN BY IN HOUSE SPECIALIST, ONE YEAR FOLLOW UP FOR AORTIC ANEURYSM AT 3.6CM

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Abriani, Melissa RT(R) on 05/19/2020 11:27

Requested to be cosigned by Trueblood, Elizabeth MD.

Cosign documentation will be displayed on the following page.

**CENTRAL ILLINOIS RADIOLOGICAL ASSOCIATES, LTD.**

319 E Madison, Suite J
Springfield, IL 62701

NAME: WHEELER JAMES
BIRTHDATE: 6/26/1942
Patient #: 01227-017
Facility: Terre Haute FCI
PHYSICIAN: Dr. WILSON
EXAM: ABD_GENERAL
EXAM DATE: 5/19/2020 10:18 AM

PATIENT NAME: JAMES WHEELER

EXAM: Abdominal aortic sonogram

DATE OF EXAM: 5/19/2020

COMPARISON EXAM: 5/29/2019

INDICATION: Abdominal aortic aneurysm.

TECHNIQUE: Abdominal aorta sonogram was performed using grayscale images and color Doppler flow.

FINDINGS:
Infrarenal abdominal aortic aneurysm measuring up to 3.6 cm. Atherosclerotic plaques.

IMPRESSION:
1. INFRARENAL ABDOMINAL AORTIC ANEURYSM, 3.6 CM, GROSSLY UNCHANGED.

Signed: Vincent J Zata, MD

Electronically Signed by Vincent J Zata, MD
Vincent J Zata, MD
/

Electronically Signed on 5/22/2020 2:40 PM

Exhibit B, p. 15

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | WHEELER, JAMES LEE | | | Reg #: | 01227-017 |
| Date of Birth: | 06/26/1942 | Sex: M | Race: WHITE | Facility: | THA |
| Encounter Date: | 04/07/2020 14:18 | Provider: | Trueblood, Elizabeth MD | Unit: | G02 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**    **Provider:** Trueblood, Elizabeth MD

   **Chief Complaint:** Chronic Care Clinic
   **Subjective:**    Chronic care clinic

   Hypertension.  Patient's blood pressure is in good range.  He had an episode of dizziness which resulted in a liter of fluid given.  States that he thinks he had "a bug".  States he feels much better now.  States that his urine is now white-yellow incident of dark yellow.  Denies any chest pain, shortness of breath, or dyspnea on exertion.  Chest x-ray 06/2017 showed a nodule in the left lung.  CT scan was performed which showed a calcified nodule representing remote granulomatous disease.
   Pulmonary.  Patient states he gets around well.  He states he was unaware he had emphysema.  This was diagnosed previously in 2015 by a CT scan.  Patient denies any exertional dyspnea or cough productive of sputum.  States he occasionally uses his albuterol.  He denies any nocturnal cough.
   Orthopedic.  Gout is under good control on allopurinol.  Denies any issues at this time.
   General.  Reports he is taking his folic acid regularly.  Labs reviewed and show that his vitamin D is low at 17.  He is on calcium with vitamin D which she reports he is taking regularly however it is still low.
   Patient is also complaining about sore spots in his ears from his hearing aids.  He has been using triple antibiotic ointment from the commissary on a Q-tip which has helped heal his right side but his left side is still sore.  He states he still has occasional drainage.  He feels that it is swollen.
   Review of systems otherwise negative.

   **Pain:**    No

**Seen for clinic(s):** General, Hypertension, Orthopedic/Rheumatology, Pulmonary/Respiratory

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/07/2020 | 14:30 THX | 97.7 | 36.5 | | Trueblood, Elizabeth MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/07/2020 | 14:30 THX | 72 | | | Trueblood, Elizabeth MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/07/2020 | 14:30 THX | 18 | Trueblood, Elizabeth MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/07/2020 | 14:30 THX | 119/69 | | | | Trueblood, Elizabeth MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 04/07/2020 | 14:30 THX | 97 | | Trueblood, Elizabeth MD |

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | WHEELER, JAMES LEE | | Reg #: | 01227-017 |
| Date of Birth: | 06/26/1942 | Sex: M  Race: WHITE | Facility: | THA |
| Encounter Date: | 04/26/2019 09:42 | Provider: Trueblood, Elizabeth MD | Unit: | G02 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**      **Provider:** Trueblood, Elizabeth MD

**Chief Complaint:** Chronic Care Clinic

**Subjective:** Chronic care clinic
Cardiac/hypertension. Patient reports he is doing very well. Denies any chest pain, shortness of breath, dyspnea on exertion. Has been recently evaluated by cardiology and report states that he is stable.
Chest x-ray 06/2017 slightly torturous aorta without radial graphic evidence for acute cardiopulmonary process. 67 mm nodule in the left upper lobe anteriorly. Follow-up chest CT was ordered which showed small calcified pulmonary nodules as well as mediastinal calcified lymph nodes.
EKG 06/2018 sinus rhythm
Diabetes. Patient is currently not on medication. Stacy Clint rolls his diabetes with diet and exercise. However A1c has risen and now is at 7.4%. Stacy was on metformin previously and did not have any problems with this.
Patient is currently taking calcium with vitamin D. He had DEXA scan August 2018 which shows osteopenia.
Gastrointestinal. Patient had colonoscopy last summer and had about 15 COLON Polyps. One was a tubular adenoma. The GI doctor did not recommend follow-up but the patient states that the GI doctor told him it would be sooner than 3 years.
His only other concern is regarding TED hose. He states that his left calf is much larger than his right due to previous vein stripping. He was seen by Hanger and custom hose was ordered however those does slide down his leg and does not seem to compress as well as the Jobst hose. He is wanting new hose.
Review of systems otherwise negative.

**Pain:** No

**Seen for clinic(s):** General, Hypertension, Orthopedic/Rheumatology, Pulmonary/Respiratory

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/26/2019 | 10:01 THX | 98.0 | 36.7 | | Trueblood, Elizabeth MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/26/2019 | 10:01 THX | 73 | | | Trueblood, Elizabeth MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/26/2019 | 10:01 THX | 16 | Trueblood, Elizabeth MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/26/2019 | 10:01 THX | 111/69 | | | | Trueblood, Elizabeth MD |

**Wright Peak Flow:**

| Date | Time | Attempt 1 | Attempt 2 | Attempt 3 | Effort | Bronchodilator | Provider |
|---|---|---|---|---|---|---|---|