5/4/2020

To the Honorable Judge Carr,

Thank you in advance for considering the compassionate release of James Wheeler. On behalf of the Outlaws Motorcycle Club, we would like to assure you that the health of James Wheeler is the only thing that's important to us. At 77 years old and in poor health, Mr. Wheeler is not a threat to the community nor will he be engaging in any criminal activity. We want to see Mr. Wheeler at home with his sister and safe from the Covid-19, which as you know, is ravaging our Federal prison system.

Mr. Wheeler will not associate with any members of the Outlaws Motorcycle Club nor will he be associating with any of his former co-defendants.

Additionally, it should be noted that all of Mr. Wheeler's co-defendants that had an association with the Outlaws Motorcycle Club have been released from prison and all but one of them have finished their parole/supervised release. None of them have violated their conditions (and several of them have died).

In closing, we will make certain that Mr. Wheeler has a safe and healthy home with his sister and that he abides by the restrictions of the court.

Thank you,

Matt Frank

Regional Spokesman for the Outlaws Motorcycle Club

Exhibit C, p. 1

To the Honorable Judge Carr,

I'm writing on behalf of James Wheeler.  James is 77 years old and has spent 17 years in prison. I am very concerned that he will contract the coronavirus.   I am asking from the bottom of my heart that you grant Mr. Wheeler his request for compassionate release, or re-sentencing, so he may spend his final years with his loving sister. James is not a threat, nor danger to society and in fact, will be a blessing to his community at large and could use some empathy in these challenging times.

Thank you very much,

Aaron Brunette

██████████

████████

Chetek, WI 54728

<u>Exhibit C, p. 2</u>

To the Honorable Judge Carr,

I'm writing on behalf of James Wheeler.  James is 77 years old and has spent 17 years in prison. We are very concerned that he will contract the coronavirus.  James Wheeler is most certainly not a danger to the community, and we pray that you grant his request for compassionate release or resentencing.

Thank you very much,

Ronald Bickel

████████

To the Honorable Judge Carr,

I am writing on behalf of my close friend and inmate James Wheeler.  I have known James for over 21 years. I have always known him to be a generous and compassionate person helping those were in need. I am very concerned that James will contract coronavirus in prison and am asking for leniency on his behalf. I do not believe, at his age and medical condition, that he would survive a bout with the virus.

I am asking that you strongly consider and grant Mr. Wheeler his request for compassionate release, or re-sentencing, so he may spend his final years with his loving sister.

James is not a threat, nor danger to society and in fact, will be a productive member of his community when released and could use some empathy in these challenging times.

Thank you, in advance, for your time and consideration in this important matter.

Sincerely,


Brad Carlson

███████████

Kenosha, WI 53142

Phone ████████

Exhibit C, p. 4

To the Honorable Judge Carr,

This letter is regarding James Wheelers' request for compassionate release.
I have known James for over 22 years and he has been incarcerated for the last 17 years
and he is 77 years old now.
He is a good man and he has been rehabilitated, and I ask Your Honor to please
consider his request to be released or re-sentenced  and please show mercy on him and
let him spend his remaining years a free man. If you Grant his release,
I believe in my heart and soul he will be a good to society citizen.
Thank you Your Honor for your time and consideration.

Sincerely, Butch Monino
██████████████████
Plainfield, IL 60586
█████████████

Exhibit C, p. 5

To The Honorable Judge Carr,

I've known James Wheeler for years he is a good man. It appears meaningless to see Jimmy die in prison. I ask that you please consider letting him spend his remaining time he has with his family. I believe beyond all doubt that he will be a good and model citizen.  I pray that you grant this request for compassionate release or resentencing.

Thank you for your consideration.

Mr David R Zarnoch
████████████████
Gowanda New York 14070
██████████████

Hello I'm writing to you about a genuine guy he had paid for his crimes and is getting older and does not deserve to die in a cage I ask you to please let him spend his remaining years with his friends and family he will not be a danger to anyone thank you for your time

Sincerely
Drake Davis

To the Honorable Judge Carr,

I'm writing on behalf of James Wheeler.  James is 77 years old and has spent 17 years in prison. We are very concerned that he will contract the coronavirus.  James Wheeler is most certainly not a danger to the community, and we pray that you grant his request for compassionate release or resentencing.

Thank you very much,

Mark DeYoung
██████████████
Bridgewater ma
02324
██████████████

<u>Exhibit C, p. 8</u>

To the Honorable Judge

I'm writing on behalf of James Wheeler he is a longtime friend and has served 17 out of his 25 years would like to see if released he is 77 years old and worried he would be high risk for coronavirus I don't believe he would be a threat to the community and would like to have the chance to see him before his time.

Thank you Jason Difede
Erin Difede
5/3/20

To Judge Carr,

I've known James Wheeler since 1995 he was a good friend and he doesn't deserve to die in prison. Please let him spend his remaining time with his sister, thank you for your consideration.

Ruben Dominguez

████████████

Gilberts, Il 60136

To the Honorable Judge Carr,

I've known James Wheeler for 25 years and he is a good man.  It seems unusually cruel to let Jimmy die in prison. Please let him spend his remaining time with his sister where I believe beyond all doubt that he will be a model citizen.

Thank you for your consideration,

Robert Flores

███████████████████
Harvard IL 60033

Phone# ████████████

<u>Exhibit C, p. 11</u>

Honorable Judge Carr,

I am writing this letter in hope that you will consider reevaluating James Wheelers sentencing. My family and I have known James for over 30 years and have nothing but positive thoughts and memories whenever we were together. Our family also knows of Franks troubles with the law and he is presently incarcerated. I also believe in rehabilitation and a second chance for citizens of our great country. I have written Frank on occasions and he has reevaluated his life and has realized that he's put not only himself but his family in a terrible position. That being said he was given a lengthy prison sentence which he has been presently serving as a model inmate and hoping one day to see freedom and redemption. What concerns me the most is James health. With the new world wide pandemic the sentence he is serving could very well turn into a death sentence. My family and I pray and hope we would one day see Frank as a free man again. Please consider early release for a very special friend of our family.

Thank you for taking the time to read this letter,


Ken, Edie, Toni, Tommy Foerster
██████████████
Carpentersville, Illinois 60110

Mike Foerster
Elgin, Illinois

Edmund and Nelly Foerster
Carpentersville, Illinois

5/4/2020

To the Honorable Judge Carr,

I hope this letter finds you well and healthy.

I've known James Wheeler through the motorcycling community but I developed a close relationship with him almost six years ago when I began reviewing his Ohio and Florida cases.

Mr. Wheeler is now 77 years old and suffering from a variety of health issues. Were he to be released from prison I believe there is zero chance that he will re-offend. Mr. Wheeler intends to live with his older sister and focus on staying heathy.

The Covid-19 pandemic is hitting our Federal prisons particularly hard and the death toll is rising. As you know by now, there's a legitimate question as to the legality of Mr. Wheeler's life sentence and it seems especially cruel to keep him in prison at his age and subject him to the likelihood that he will be infected by the Covid-19 virus.

I thank you in advance for your consideration.

Andrew Geltzer

██████████████

Livingston, TX 77399-1078

██████████████

███████

<u>Exhibit C, p. 13</u>

Honorable Judge Carr

We have all known James Wheeler for many years. He's a family man, he's paid his debt to society and he's not a danger to society. We feel that he should be able to spend the remainder of his life with his family and loved ones.

Names, numbers, addresses:

Kevin Nelson: ███████████  Bartonville Il, 61607 ; ███████████

Jake Jordan: ███████████. Galesburg Il, 61401 ; ███████████

Gary A Ginder: ███████████ il 61761 ; ███████████

Tracy L Matherly: ███████████ n Kenny Il, 61749 ; ███████████

Josh Sender: ███████████, Bloomington Il 61701 ███████████

Rick Bradford: ███████████, Armington Il 61721 ; ███████████

Ryan Senders: ███████████ Normal Il, 61761 ; ███████████

Chad Holderfield: ███████████ Normal Il, 61761 ███████████

<u>Exhibit C, p. 14</u>

To the Honorable Judge Carr,


I'm writing on behalf of James Wheeler. James is 77 years old and has spent 17 years in prison. We are very concerned that he will contract the coronavirus.  James Wheeler is most certainly not a danger to the community, and we pray that you grant his request for compassionate release or resentencing.


Thank you very much,


Robert Hernandez

████████████

New Lenox IL 60451

████████████

<u>Exhibit C, p. 15</u>

To the Honorable Judge Carr,

I'm writing on behalf of James Wheeler.  James is 77 years old and has spent 17 years in prison. We are very concerned that he will contract the coronavirus.  James Wheeler is most certainly not a danger to the community, and we pray that you grant his request for compassionate release or resentencing.

Thank you very much

Kent Justus
████████████
Bartlett IL 60103
████████████

<u>Exhibit C, p. 16</u>

To the Honorable Judge Carr,

I'm writing on behalf of James Wheeler.  James is 77 years old and has spent 17 years in prison. I am very concerned that he will contract the coronavirus.   I am asking from the bottom of my heart that you grant Mr. Wheeler his request for compassionate release, or re-sentencing, so he may spend his final years with his loving sister. James is not a threat, nor danger to society and in fact, will be a blessing to his community at large and could use some empathy in these challenging times-
 Sincerely thank you-

Keith Kohrs

<u>Exhibit C, p. 17</u>

To the Honorable Judge Carr,

I'm writing on behalf of James Wheeler.  James is 77 years old and has spent 17 years in prison. We are very concerned that he will contract the coronavirus.  James Wheeler is most certainly not a danger to the community, and we pray that you grant his request for compassionate release or resentencing.

Thank you very much,

Kenneth Lorenzo

118 Union St.

Newark,OH

███████

<u>Exhibit C, p. 18</u>

To Judge Carr,

I'm writing this on behalf of James Wheeler. James is a family friend. Due to his age and with the world health issues going on these days, I ask you to please release him. He is of no threat to anyone. Thank you for your consideration,

Derek Makowski

████████████████

Norridge, IL 60706

(██████████

To the Honorable Judge Carr,

I hope this finds you well. I have been a close friend of inmate, James Wheeler for 25 years and am writing on his behalf. James had helped me and my family through hard times before he went into the system. I am now very concerned that James will contract coronavirus in prison and am asking for leniency on his behalf. I am asking from the bottom of my heart that you grant Mr. Wheeler his request for compassionate release, or re-sentencing, so he may spend his final years with his loving sister. James is not a threat, nor danger to society and in fact, will be a blessing to his community at large and could use some empathy in these challenging times.

Thank you, in advance, for your time and consideration in this important matter.

Sincerely,

Matthew Lester

████████████████

Valatie, NY  12184

Phone ██████████

<u>Exhibit C, p. 20</u>

To the Honorable Judge Carr,

This letter is on behalf of James Wheeler. As you know, this man has been imprisoned for 17 years of his life. He is a 77 year old man with very little family left. With the COVID-19 (Coronavirus) rapidly spreading throughout prisons, I would like you to consider his release to spend his remaining years with his sister. With her guidance, he should reclaim himself as a model citizen.

Thank you for the consideration and your time.

Sincerely,

Johnny Pogliano
Sheffield, IL
████████████

Exhibit C, p. 21

Honorable  Judge  Carr

I am writing on behalf of James Wheeler.

He has spent 17 years in prison, we are concerned he will co tract the covid19  Virus.
Mr. Wheeler is 77 years old and he is most not a threat to the community, we pray that
you grant his request for release

Thank you very much,

Michael F Rosenberg

█████████████████

Genoa Illinois 60135

█████████

<u>Exhibit C, p. 22</u>

To the Honorable Judge Carr


   I'm writing to you on behalf of James Wheeler, james is 77 years old and spent 17 years in prison. We are all very concerned with the current Covid 19 situation. James Wheeler is not a danger to the community and we hope you grant his request for compassionate release


Thank you

Shane Rossi

██████████████████ Crest Hill, Il 60403

████████

Exhibit C, p. 23

Judge Carr:

I am writing on the behalf of James Wheeler. He shouldn't die in prison. He is not a threat to society. Please grant him freedom.

Daniel W. Salathe

██████████████

Rockford Il.61102

████████████

To honorable judge Carr,

James Wheeler is 77 years old, and had been in prison for 17 years. He is a great man, and is very concerned with Corona virus, we are please requesting a release so he can spend his remaining days with his sister and family. We hope and pray that you will consider and be compassionate in this matter.

Thank you, your Honor.

Jake Sheffield.

████████

Sheffield Illinois 61361.

Phone number for any questions is ███████

Thank you sir, have a blessed day.

<u>Exhibit C, p. 25</u>

To the Honorable Judge Carr,


 I'm writing on behalf of James Wheeler. James has spent 17 years in prison thus far on his sentence. As you know the Corona virus will spread through the prison system like wild fire and inflict its pain on the older inmates. We are very concerned that James will contract the coronavirus. James is 77 years old and will not stand up well to this deadly virus. I have known James Wheeler for over 25 years and he is certainly not a danger to the community. He would be living his life out with his sister. I hope that you can see fit to move forward with a compassionate release or resentencing of James.


Thank you very much,
David Thornton
███████████
North Fort Myers, Fl 33917

███████████

Exhibit C, p. 26

To the Honorable Judge Carr,

I've known James Wheeler for 30 years and he is a good man. I'm concerned that he will contract the coronavirus. James Wheeler is most certainly not a danger to the community and I pray that you will grant his request for compassionate release or resentencing.

Thank you very much,

Kevin Wales

███████████████

Richwood,Ohio 43344

██████████

To the Honorable Judge Carr ,

I am writing to you on behalf of James Wheeler , who I is currently incarcerated . I believe that if released , James Wheeler would be a model citizen . I know of him to be a good and honest man . I hope that you take this into consideration . Thank you for your time .

Mike Wieckhorst

████████████ Plainfield, IL 60586

████████████

Exhibit C, p. 28

To the Honorable Judge Carr,

I am writing on the behalf of James Wheeler. James is 77 years old and has spent 17 years in prison. We feel James wheeler could potentially be susceptible to the corona virus being in the prison and would hope for consideration of compassionate release or resentencing.

Thank you for your time.


Christopher Wilbur

██████████████

Sycamore Il, 60178

Exhibit C, p. 29

Honorable Judge Carr,

This message is on behalf of James Wheeler whom I've known 9 plus years.  James now is in his 70's and vulnerable to the worst affects of the corona virus.  Media reports describe minimal sanitizing, PPE and testing within our prison system. If James gets infected with covid 19 he would most probably die within the system.  Compassionate release would mean James could quarantine under supervised release with family.  I know releasing James to his family is doing the right thing in these unprecedented times.

Todd Hoss Wilkinson

███████████████

Ft. Lauderdale,Fl.  33312

████████

Exhibit C, p. 30

To the Honorable Judge Carr,


I've known James Wheeler for 25 years and I know that his days of law-breaking are long behind him.  Jimmy was always a good man, kind and generous.

Jimmy was never a large-scale criminal and seventeen years is a very long time to spend in prison.  Jimmy is 77 years old and plans to live quietly with his sister and keep himself healthy.

Please consider releasing Jimmy so he may spend what little time he has left on this earth safe from the coronavirus.


Sincerely,

James Winchester

██████████

Cheektowaga NY 14227

To the honorable Judge Carr,

We are as a group writing to you on behalf of James Wheeler.  James is 77 years old and has spent 17 years in prison. We are very concerned that he will contract the coronavirus.  James Wheeler is most certainly not a danger to the community, and we pray that you grant his request for compassionate release or resentencing.

Thank you for your consideration,

Kurt Anton █████████
███████     ████████
Racine, Wi 53402


Scott Pearson
████████████████
Janesville, Wisconsin 53546


Brian Haight
██████████████
Kenosha, wi 53142


Keith Lasher
██████████
Beloit, Wi 53511


Brian Stuve
██████████
Beloit, Wi 53511