# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.  3:03-CR-739 |
| | : | |
| Plaintiff, | : | |
| | : | JUDGE JAMES G. CARR |
| vs. | : | |
| | : | **SUPPLEMENT TO PENDING** |
| JAMES LEE WHEELER, | : | **MOTION FOR SENTENCE** |
| | : | **REDUCTION** |
| Defendant. | : | |
| | : | |

Pending before this Court is Defendant James Lee Wheeler's motion for compassionate release. Dkt. 2290. Said motion was filed on August 6, 2020; the government has responded, Dkt. 2292, and Mr. Wheeler filed a reply on September 1, 2020. Dkt. 2294. Yesterday, defense counsel received words that Mr. Wheeler was removed from the prison and taken to the hospital due to his health issues and having contracted COVID-19 in the institution. Defense counsel is seeking an update from the prison regarding Mr. Wheeler's health, but the situation is likely dire. Due to Mr. Wheeler's age and health issues, as outlined in his prior motions, him contracting COVID-19 will likely have serious consequences. Currently, FCI Terre Haute has 180 active COVID-19 cases among the inmates, and 18 cases among the staff. See [www.bop.gov/coronavirus/](www.bop.gov/coronavirus/) (December 7, 2020). Given these circumstances in the prison and Mr. Wheeler's own health issues, he requests this Court rule on the instant motion for relief.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

*/s/ Jeffrey B. Lazarus*
JEFFREY B. LAZARUS
Assistant Federal Public Defender
Ohio Bar: 0079525
1660 West Second Street, Suite #750
Cleveland, OH 44113
(216)522-4856   Fax:(216)522-4321
E-mail: jeffrey_lazarus@fd.org

Attorney for James Wheeler